Al Davis Petrovich
P.O. Box 336
Rio Dell, California 95562
707-764-3366
alpetroal@aol.com
Plaintiff, *In Pro Se*

**GRANTED**
Judge Yvonne Gonzalez Rogers
6/15/18

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA- OAKLAND DIVISION

| | |
|---|---|
| Al Davis Petrovich, individual as, <br><br> Plaintiff, <br><br> vs. <br><br> OCWEN LOAN SERVICING, LLC, a business entity; WESTERN PROGRESSIVE, LLC, a business entity; AND DOES individuals 1 to 100, Inclusive; and ROES Corporations 1 to 30, Inclusive, <br><br> Defendants. | CASE No.: 18-cv-01673-YGR <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF THIS CASE** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Action filed: March 16, 2018 |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss this case.

Such dismissal shall be without prejudice.

Without prejudice U.C.C. 1-308

RESPECTFULLY SUBMITTED BY: _____//s//_____    Dated: 6-14-2018

                                        Al Davis Petrovich
                                        Plaintiff, *In Pro Se*